IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIO BAILEY, INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED                                              PLAINTIFF

v.                              CASE NO. 4:18CV00538 JM

NEW AGE DISTRIBUTING, INC.                                      DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 21st day of November, 2019.

_____
James M. Moody, Jr.
United States District Judge