# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3514
_____

Mario Bailey, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

New Age Distributing Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00538-JM)
_____

**JUDGMENT**

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 01, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, October 1, 2020 10:43 AM |
| **Subject:** | 19-3514 Mario Bailey v. New Age Distributing Inc. "judgment filed sua sponte affirmed" (4:18-cv-00538-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/01/2020

| | |
|---|---|
| **Case Name:** | Mario Bailey v. New Age Distributing Inc. |
| **Case Number:** | 19-3514 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion RAYMOND W. GRUENDER, ROGER L. WOLLMAN and L. STEVEN GRASZ Scrg Sep 2020 [4961448] [19-3514] (Clifford Jackson)

**Notice will be electronically mailed to:**

Mr. Dylan Botteicher: djbotteicher@csmfirm.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Josh Sanford: josh@sanfordlawfirm.com, tracy@sanfordlawfirm.com, ecfnotices@sanfordlawfirm.com
Mr. Sean Short: sean@sanfordlawfirm.com
Mr. Brian A. Vandiver: bavandiver@csmfirm.com, gpwhitsett@csmfirm.com, djbotteicher@csmfirm.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_193514_4961448_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/01/2020] [FileNumber=4961448-0]
[130a984a8536de46a0fa54a95418b1a8bd7a7c2a42cd5594c5f143bae341a07f4b807f4257564126da99f4584c41f28c5b1
36eea443f2475a515636f09914d68]]
**Recipients:**

- Mr. Dylan Botteicher
- Mr. Jim McCormack, Clerk of Court
- Mr. Josh Sanford

- Mr. Sean Short
- Mr. Brian A. Vandiver

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4961448
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 6623087, 6623088, 6623089